532

the record so that the decision of the District Court may be reviewed by the Circuit Court of Appeals. *Mr. Chauncey F. Eldridge* for petitioner. *Solicitor General Thacher,* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *Wilbur H. Friedman* for the United States.

No. 802. LAZAR *v.* PENNSYLVANIA.

Jurisdictional statement submitted May 16, 1932. Decided May 23, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Whitney v. California,* 274 U. S. 357, 371; *Fiske* v. *Kansas,* 274 U. S. 380; *Stromberg* v. *California,* 283 U. S. 359, 368, 369. *Messrs. Allen S. Olmsted, 2d, Walter Biddle Saul, Ira Jewell Williams,* and *Ira Jewell Williams, Jr.,* for appellant. *Messrs. James W. Tracey, Jr.,* and *Charles F. Kelley* for appellee.

No. 818. KERR GLASS MFG. CORP. *v.* SUPERIOR COURT OF WASHINGTON FOR KING COUNTY ET AL. Jurisdictional statement submitted May 16, 1932. Decided May 23, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a properly presented federal question. *Manhattan Life Insurance Co.* v. *Cohen,* 234 U. S. 123, 134; *Cleveland & Pittsburgh R. Co.* v. *Cleveland,* 235 U. S. 50, 53; *Hiawassee River Power Co.* v. *Carolina-Tennessee Power Co.,* 252 U. S. 341, 344; *White River Co.* v. *Arkansas,* 279 U. S. 692, 700. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari (§ 237 (c), Judicial Code as amended, 43 Stat. 936, 938), certiorari is denied. *Messrs. W. V. Tanner, John P. Garvin, Walter*